# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ulyumdzhi Vasilyev, | No. CV-26-02587-PHX-KML (DMF) |
| Petitioner, | **ORDER** |
| v. | |
| Pamela Bondi, et al., | |
| Respondents. | |

Petitioner filed this action under § 2241 challenging his immigration detention. (Doc. 1.) Respondents filed a status report stating petitioner was removed from the United States on May 8, 2026. (Doc. 13.) Because petitioner is no longer in custody, the petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007) ("We hold that because Abdala's habeas claims challenged only the length of his detention . . . his grievance could no longer be remedied once he was deported. His petition was thus rendered moot by his removal.").

Accordingly,

**IT IS ORDERED** petitioner's petition under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot.

/

/

/

/

**IT IS FURTHER ORDERED** all pending motions are denied and the clerk of court must enter judgment accordingly and close this case.

Dated this 8th day of July, 2026.

Honorable Krissa M. Lanham
United States District Judge

- 2 -